**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02924-LTB-CBS

BRANDON RANDALL,

    Plaintiff,

v.

JP MORGAN & CO
a/k/a JP MORGAN CHASE BANK, N.A.,

    Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal of Action With Prejudice Pursuant to Fed. R. Civ. P. 41 (Doc 13 - filed April 22, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   April 23, 2013